UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKIBBEN, *et al.*,<br><br>            Plaintiffs,<br>vs.<br><br>JOHN MCMAHON, *et al.*,<br><br>           Defendants. | Case No. 5:14-cv-02171-JGB-SP<br><br>**ORDER TO CONTINUE DEADLINE FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>**[Filed concurrently with Stipulation to Continue Deadline for Preliminary Settlement Approval]**<br><br>Judge: Hon. Jesus G. Bernal |

///
///
///
///
///
///
///
///
///

1  Having reviewed the parties' Stipulation and finding good cause therefor, IT IS
2  HEREBY ORDERED that:
3      The date for Plaintiffs to file a motion for preliminary approval of the
4  settlement and unopposed motion for class certification is extended from June 15,
5  2018 to August 1, 2018.

7      IT IS SO ORDERED.

9  Dated: June 14, 2018

                                 Hon. Jesus G. Bernal
                                 United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4853-0554-1481 v1

- 2 -

CASE NO. 5:14-CV-02171-JGB-SP
ORDER TO CONTINUE DEADLINE