# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKIBBEN, *et al.*, | Case No. 5:14-cv-02171-JGB-SP |
| Plaintiffs, | **ORDER TO CONTINUE DEADLINE FOR PRELIMINARY SETTLEMENT APPROVAL** |
| vs. | **[Filed concurrently with Stipulation to Continue Deadline for Preliminary Settlement Approval]** |
| JOHN MCMAHON, *et al.*, | Judge: Hon. Jesus G. Bernal |
| Defendants. | |

///
///
///
///
///
///
///
///
///

Having reviewed the parties' Stipulation and finding good cause therefor, IT IS HEREBY ORDERED that:

The date for Plaintiffs to file a motion for preliminary approval of the settlement and unopposed motion for class certification is extended from August 1, 2018 to August 15, 2018.

IT IS SO ORDERED.

Dated: August 2, 2018

Hon. Jesus G. Bernal
United States District Judge