**Exhibit E**



PROPOSAL FOR

# McKibben v. McMahon Settlement Administration

AUGUST 6, 2018



# CONTENTS

OUR SERVICES — 1

OUR TECHNOLOGY — 4

KEY EXECUTIVES — 6

OVERVIEW AND COST ESTIMATE — 11

CONTACT INFORMATION — 18

# OUR SERVICES

# JND - WHAT WE DO

LEGAL | ADMINISTRATION

**JND Class Action Administration** delivers comprehensive administrative resources to its clients through its pre-settlement consultation, complete notice services, claims processing and validation, scalable call center capabilities, state of the art website design for static and interactive case specific sites, and an array of distribution services. The principals of JND have handled some of the most complex class action settlements in the country's history. The JND founders have worked with leading partners on both sides of the aisle, as well as with Fortune 500 companies to help design and effectuate class action settlements worth billions of dollars affecting hundreds of millions of people. Class Action Administration has been one of the leading administrators in the country for the past six years and was recently named "Best Claims Administrator" in the United States by the *National Law Journal*.

**JND Corporate Restructuring** focuses solely on the needs of companies in bankruptcy. With its technology-driven claims and noticing abilities, JND is a new breed of Claims Agent. The principals of JND along with the seasoned Restructuring management team has worked on some of the country's largest bankruptcy matters. JND helps navigate the intricacies of claims and noticing and provides clients with the support they need along the way. Armed with a powerful set of tools, from cutting-edge technology to top of the line equipment, JND Corporate Restructuring provides exactly the services clients need, including pre-filing services, creditor communications and inquiries, noticing, claims processing and analysis, balloting and tabulations, and disbursements. JND recently acquired UpShot Services LLC, the fastest growing company in the space and an industry trailblazer.

**JND Government Services** specializes in working with the unique needs of government entities throughout the United States. Based on prior experience with the Department of Justice (DOJ), the Federal Trade Commission (FTC), the Securities and Exchange Commission (SEC) and the Consumer Financial Protection Bureau (CFPB), as well as with State AGs throughout the country, JND is particularly well-situated to assist with all facets of any redress administration that requires outreach to constituents. JND's broad-ranging services include comprehensive noticing, claims processing and validation, contact services, state-of-the-art website design and distribution, and account reconciliation. JND is the only administration firm to offer this specialized service line.

**JND Mass Tort Administration** offers its extensive experience in both Global and Case Administrations. The JND team has been called upon by clients to create a database of information to design and implement a fair and reasonable distribution plan, construct portals for key stakeholders, develop and maintain case specific interactive websites, maintain sophisticated call center operations to manage claimant communications, handle mail center services, process claims, and provide wide-ranging distribution services. Additionally, JND efficiently manages all aspects of case intake, including Plaintiff Fact Sheet (PFS) preparation, retention, medical record retrieval, creating chronologies, evaluating and summarizing medical information, lien verification, HIPAA compliance and scheduling medical monitoring appointments.

**JND eDiscovery** partners with its clients to understand the specifics of each case and delivers a well-tailored litigation management solution. JND recently acquired Alloy Group, an industry frontrunner with deep project management and complex litigation experience. Our team understands that every case presents a unique set of variables and goals, JND selects the best tools suited to meet clients' needs. Our detailed services include targeted discovery requests, cost-effective hosting, data analysis, logical, physical and mobile forensics, reporting, data recovery, email examination, opposing evidence consultation, expert testimony, and timeline generation.  JND's seasoned litigation management professionals are "hands-on" at all levels in order to help our clients identify, prioritize and make real-time decisions.

# WHAT WE'VE DONE

Here are a few of the more notable class action matters that we have managed:

*Aleah Guillory, et al. v. County Of Los Angeles*
*AT&T Mobility Reward Card*
*Auction Houses Antitrust Settlement*
*Batchelder v. Kerr-McGee Corporation, et al.*
*Benjamin Careathers v. Red Bull North America, Inc.*
*Brent v. Midland Credit Mgt*
*C Debaca v. South Globeville*
*Cobell v. Salazar*
*Doyle v. Doe Run (Fluor Corporation)*
*Engle Trust Fund*
*Expedia Hotel Taxes and Fees Litigation*
*Fitzgerald Farms, LLC v. Chesapeake Operating, Inc.*
*Gates v. City Of Chicago*
*In re Bank of America Corp. Sec. Litig.*

*In re Deepwater Horizon*
*In re IPO Securities Litigation*
*In re Visa Check/MasterMoney Antitrust Litigation*
*Jacksonville Auto Dealership*
*Maas v. Penn Central*
*Morey v. Louis Vuitton*
*Parker v. Berkeley Premium Nutraceuticals, et al.*
*Royal Ahold Securities and ERISA Litigation*
*Ryan-House v. GlaxoSmithKline PLC*
*Samples v. Conoco, Agrico & Escambia Treating*
*State Of Colorado v. General Steel, et al.*
*Vizzi v. Mitsubishi Motors North America*
*Wolf, et al. v. Red Bull GmbH, et al.*
*Worldcom Securities Litigation*

# WHO WE ARE

**JND CLASS ACTION ADMINISTRATION**, a JND Legal Administration company, delivers comprehensive administrative resources to its clients through its pre-settlement consultation, complete notice services, claims processing and validation, scalable call center capabilities, state-of-the-art website design for static and interactive case specific sites, and array of distribution services. The principals of JND—(J) Jen, (N) Neil, and (D) David have handled some of the most complex class action settlements in the country's history. The JND founders have worked with leading partners on both sides of the aisle, as well as with Fortune 500 companies to help design and effectuate class action settlements worth billions of dollars affecting hundreds of millions of people. JND's Class Action Administration division has been one of the leading administrators in the country for the past six years and was recently named "Best Claims Administrator" in the United States by the *National Law Journal*.

**JENNIFER KEOUGH** has handled some of our country's largest, high-profile engagements and previously held executive positions at one of the then most-recognized legal administration firms. Prior to forming JND, Jen worked as a class action business analyst at one of the country's highly-regarded law firms, responsible for managing complex class action settlements.

**NEIL ZOLA** has personally overseen dozens of the most involved legal administration projects in our country's history. Prior to forming JND, Neil held positions as general counsel, chief operating officer and president at one of the then largest legal administration firms in the country.

**DAVID ISAAC** has been a leader in the legal administration business for over twenty years and is credited with changing the industry landscape by providing "one-stop shopping" service offerings. David was previously the CEO of the then largest legal administration firms in the country and was a member of the global executive management team for its parent company.

**AMANDA HORN** is SVP of Client Services for JND Legal Administration. Amanda has spent over 20 years practicing law and in various leadership roles at well-known legal administration firms.

**DARRYL THOMPSON** is CIO of JND Legal Administration. Darryl has been in the legal administration field for over 6 years and has overseen the delivery of solutions for some of the largest projects in the industry. Prior to that, Darryl spent 12 years in Health Care IT.



# CLASS ACTION SERVICES

### PRE-SETTLEMENT CONSULTING

- We consult with clients on how to develop allocation methodologies, and have testified regarding their fairness.
- We have been appointed as Special Master in a number of class settlements, designing allocation methods, medical monitoring programs, and resolving appealed claims.
- We will work with the parties to compile the class list, or will serve as an independent auditor of an existing class list to verify completeness.

### NOTICE PROGRAM

- We manage the entire CAFA Notice process for Defendants with our proprietary database of officials who need to be notified.
- We advise clients on best notice practices to ensure plain language and cost-effective notice.
- We are experienced in preparing usable class lists from various sources, including transcribing class member information from physical documents.
- Our notice and claim form mailing services utilize creative options to improve class awareness and participation. We maintain data quality by utilizing change of address updates and providing further research services if necessary.
- Our advertising team is expert at handling all media publication needs and we obtain the best rates available while maximizing the effectiveness of placement.
- We establish toll-free numbers with direct access to our team instead of an outside resource.
- We build and maintain case-dedicated websites with the appropriate functionality for a given class.

### CLAIMS PROCESSING

- Our team is readily available to draft or assist in drafting claim forms to ensure class member comprehension and complete claim form submissions.
- Our proprietary databases efficiently capture claim form data as well as accurate and flexible reporting.
- We provide accurate and cost-effective means for capturing the information necessary to determine claim eligibility and benefit levels.
- Our proprietary on-line claim submission site provides secure submission, reducing overall claims processing costs by 75% from traditional claim methods.
- Because each case is different, we offer customized reporting to provide a variety of perspectives on the data that our clients may not have considered.

### BENEFIT DISBURSEMENT

- We manage all aspects of the settlement fund, including opening disbursement accounts, reconciling accounts, establishing a Qualified Settlement Fund (QSF), filing tax returns, and serving as Escrow Agent.
- We implement even the most complex benefit allocation methodology and apply it to individual class members.
- Our team has distributed billions of dollars in settlement benefits in the form of checks and non-check benefits, while ensuring that extensive anti-fraud measures are in place.
- We manage tax reporting for settlement disbursements, including the issuance of tax statements, such as W-2s and 1099s, to class members. We also calculate the payroll withholding and employer taxes that are often required in employment class action settlements. We partner with a respected CPA firm to prepare settlement fund tax returns.

# OUR TECHNOLOGY

**JND** | LEGAL ADMINISTRATION

# OUR TECHNOLOGY

Our state-of-the-art technology is a key differentiator for JND, and it gives us advantages that aid all areas of our business.  Below are just a few of the technologies we utilize to bring you secure, responsive, best-in-class service in the most efficient manner possible.



## PROGRAM WEBSITES

JND routinely develops and hosts robust and secure ADA-compliant websites with key information concerning our administration programs, downloadable forms and online claim submission. Working with our clients, we can tailor program websites to be brand specific or minimize client branding and focus solely on the specifics of the program. JND can make all website content available in languages of our clients' choosing. JND's program websites are optimized to handle traffic far exceeding the potential of any individual program.



## SECURE DATA STORAGE

JND's technology and data storage are a hybrid cloud solution employeeing both a SSAE16 and ISO-certified datacenter and industry leading cloud solution. Our web-based software includes 256-bit SSL encryption, anti-forgery keys for all forms, and SALT encryption on all key data. In other words, we utilize the same data storage and security measures as most banks and financial institutions.



## COMPLETE ELECTRONIC CLAIMS MANAGEMENT

JND is the first and only agency capable of handling all noticing and claims management functions completely electronically. With the permission of counsel and court willing, we can administer an entire case without printing a single sheet of paper.



## SMARTSIGN ELECTRONIC CLAIMS FILING WITH ELECTRONIC SIGNATURE

Claims processing and input is one of the single largest tasks we handle. JND's SmartSign technology, developed by our Restructuring team, allows class members and creditors to electronically complete, sign, and submit claims and ballots. JND then uploads the data and the images directly to the live, online claims register—eliminating data entry and document scanning.  This technology is available for our Class Action, Government Services, Mass Tort and Corporate Restructuring cases.



## QR BARCODES

JND has the ability to use both standard and QR barcodes depending on the need and situation. JND employs the use of QR codes, which store 50 times more data than traditional barcodes, when its use streamlines processing or adds other client value. QR barcodes can enable us to automate more processes and thereby reduce costs.

## TECHNICAL CAPABILITIES

Our technical team is versed in both web and traditional software development, we utilize both open source and proprietary technologies depending on the specific needs of the project.

- Specializing in ASP .NET/PHP MVC frameworks
- Focus on Mobile and Responsive Technologies
- Experts in database optimization and application security
- Experienced with a wide range of CMS Implementations
- Offer Managed High Availability hosting solutions
- Experts in Cloud implementation and content delivery services

## SMARTMAIL LIST EFFICIENCY

Our proprietary SmartMail technology lets us scrub addresses to minimize and remove duplicates and erroneous addresses for each and every document mailed. With JND, your mail distribution and service lists get more accurate over time—reducing waste, and increasing your savings.

## COTS FORENSIC ACQUISITION AND ANALYSIS SOLUTIONS

Our solutions enable data acquisition from over one thousand types of electronic devices including:

- Mobile/smartphones
- Portable GPS devices
- Desktop and notebook hard drives
- Servers and network shares
- Websites
- Social media sites
- Portable media

## DATA SECURITY

We go to extraordinary lengths to secure your data. These include:

- Tier IV Hardened Data Center
- Operational and physical controls that are independently reviewed by a third party for the completion of SSAE 16 type 2 SOC 1 control audit
- Ability to provide full compliance with the Gramm-Leach-Bliley Act ("GLBA") and the Health Insurance Portability and Accountability Act ("HIPAA")
- Controls to prevent unauthorized access to or disclosure of data, and to maintain strict data accuracy
- Appropriate safeguards and controls to ensure the confidentiality of information, either for its own purposes or on behalf of our clients
- Appropriate physical, electronic, and managerial procedures to safeguard the information we process

# KEY EXECUTIVES

As the Chief Executive Officer of JND Legal Administration, Jennifer is dedicated to staying involved with every facet of the company's various business lines. With more than 20 years of legal experience, Jennifer has handled some of our country's largest, high-profile engagements, including the BP Deepwater Horizon Settlement, Cobell Indian Trust Settlement, Engle Smokers Trust Fund, Gulf Coast Claims Facility, Stryker Modular Hip Settlement and Verizon Wireless FTC Litigation.

She has testified on settlement administration matters in many courts nationally and before the Senate Committee for Indian Affairs. Jennifer is frequently invited to speak on class action issues and has written numerous articles in her areas of expertise.

Prior to forming JND, Jennifer was COO and executive vice president for one of the then largest legal administration firms in the country. Previously, Jennifer worked as a class action business analyst at Perkins Coie, one of the country's well-known law firms, responsible for managing complex class action settlements and remediation programs, including the selection, retention and supervision of legal administration firms.

Jennifer earned her J.D. from Seattle University. She also graduated from Seattle University with a B.A. and M.S.F. with honors. In 2013, she was profiled in a CNN article, "What Changes With Women in the Boardroom." In 2015, she was named a "Woman Worth Watching" by Profiles in Diversity Journal.



**JENNIFER**KEOUGH

CHIEF EXECUTIVE OFFICER, FOUNDER

jennifer.keough@JNDLA.com

www.linkedin.com/in/jennifer-keough



JND | LEGAL ADMINISTRATION

As an Executive Co-Chairman of JND Legal Administration, Neil has made it his priority to be involved in all aspects of the business. Over the course of his career, Neil has personally overseen dozens of the largest legal administration projects in our country's history, including the Auction Houses Antitrust Litigation, BP Deepwater Horizon Settlement, IPO Securities Litigation, Visa/Mastercard Antitrust Litigation and Worldcom Securities Litigation.

Neil has testified in many courts throughout the country on class action settlement matters and has written numerous articles on the subject. He also is an inventor of a patented electronic claims filing system. Neil is sought after to consult on a multitude of legal administration matters and to speak on class action issues.

Prior to forming JND, between 2000 and 2015, Neil held positions as general counsel, chief operating officer, and president at one of the then largest legal administration firms in the country. Before this, Neil was a partner with a boutique litigation firm in New York City where he handled complex litigation matters for nearly 10 years.

Neil earned his J.D. from UCLA School of Law, where he has served on the board of the Alumni Association and has been a featured speaker in their Distinguished Alumni Lecturer Series. He received his B.A., cum laude, from the University of Pennsylvania. Neil was recently featured on "Worldwide Business" with Kathy Ireland.

## NEIL ZOLA
### EXECUTIVE CO-CHAIRMAN, FOUNDER

neil.zola@JNDLA.com

www.linkedin.com/in/neil-zola-50190026



JND | LEGAL ADMINISTRATION

As an Executive Co-Chairman of JND Legal Administration and a leader in the legal administration business for over 20 years, David is integral in the growth of all aspects of JND.

David is credited with changing the industry landscape by providing "one-stop shopping" service offerings and hiring experienced lawyers to manage settlements and bankruptcies. During the course of the last 20 years David has also managed several historic cases including the American Airlines Bankruptcy, Engle Smokers Trust Fund, GM Bankruptcy and IPO Securities Litigation.

Prior to forming JND, David was the CEO of one of the then largest legal administration firms in the country and was a member of the global executive management team at their parent company. Before entering the legal administration business, David was a practicing class action attorney for a securities class action boutique in New York City.

David earned his J.D. from the Benjamin N. Cardozo School of Law and his B.A. from Yeshiva College. David is currently the vice chairman of the Board of Overseers of the Sy Syms School of Business.



# DAVID ISAAC
## EXECUTIVE CO-CHAIRMAN, FOUNDER

david.isaac@JNDLA.com
www.linkedin.com/in/david-isaac-044a9321

**JND** | LEGAL
ADMINISTRATION

Amanda Horn is SVP of Client Services at JND Legal Administration.  Amanda joins the leadership team after practicing law and serving over twenty years in various leadership roles at third-party administration companies. With her vast experience in the industry, Amanda is in-tune with the ever-changing world of legal administration. Her legal industry knowledge gained, in part, by her longevity in the business has given her a perspective that benefits each client. Because her experience is not limited to practice area or party, Amanda is able to easily consult with key decision makers on either side of the aisle with the utmost understanding and professionalism.

Her experience in the administration world has not been limited to executive roles; instead, Amanda also worked her way through the operational ranks, giving her the advantage of being immersed in case management as well as being engaged in developing and maintaining client relationships. This unique combination of talents makes Amanda a valuable asset to clients as well as to JND as a whole.

Amanda has partnered with clients on many high-profile administrations in a vast array of business sectors, including the music industry, financial services, annuity, consumer products and employment, as well as cases involving data breach and the Telephone Consumer Protection Act (TCPA).  For example, Amanda worked tirelessly on the NMPA Late Fee Program, a 2010 out-of-court settlement facilitated by Kenneth Feinberg between the major music labels and music-publishers.  This protracted and complex music industry administration gave rise to additional significant music industry administrations under Amanda's charge.



# AMANDA HORN
## SVP OF CLIENT SERVICES

amanda.horn@JNDLA.com

www.linkedin.com/in/amanda-horn-ab2a832



JND | LEGAL ADMINISTRATION

As Chief Information Officer, Darryl is responsible for providing the vision and leadership for developing and implementing Information Technology initiatives at JND. Darryl oversees all IT staff and vendors and also initiates the planning and implementation of enterprise IT systems in order to most effectively enable all of JND's divisions to be successful.

Reporting directly to, and working in unison with, the CEO, Darryl ensures the IT organization is prioritizing initiatives and delivering secure, high value systems, infrastructure and technical support. He is also responsible for defining, documenting and delivering policies, procedures and infrastructure to pass certifications and audits.

Darryl has been in the Legal Administration field since 2011 and prior to joining the JND team, served as Senior Vice President of Systems and Technology for another large legal administration firm. Darryl has overseen the delivery of solutions for some of the largest projects in the Legal Administration industry, always with a focus on driving operational success.

Prior to entering the Legal Administration realm, Darryl spent 12 years in Health Care IT, where he was the Managing Director of IT for Adaptis, a Health Care BPO that provided Systems, claims processing and administration services to insurance companies.

Darryl earned his B.A. in Management Information Systems from Washington State University.

# DARRYL THOMPSON
## CHIEF INFORMATION OFFICER

darryl.thompson@JNDLA.com

www.linkedin.com/in/darryl-thompson-b11a589



JND | LEGAL ADMINISTRATION

# OVERVIEW AND COST ESTIMATE

# JND | LEGAL ADMINISTRATION

*Confidential*
Jennifer Keough - CEO
(206) 919-5768
jennifer.keough@jndla.com

**Julia White| Kaye, McLane, Bednarksi & Litt | jwhite@kmbllaw.com**
*McKibben v. McMahon Settlement Administration*

### ■ 25% CLAIMS

**Assumptions and Notes:**
1. Perform database analysis to create list of all damages class members (assumes 655)
2. Perform NCOA and lookup analysis to acquire updated mailing and email addresses of damages class members
3. Print and mail 10-page notice of settlement and 4-page claim form in both English and Spanish
4. Send E-Mail Notice to class members whose email was found (assumes 458)
5. Create and host informational website and IVR phone line
6. Process claim forms (assumes 25% response rate) and opt-outs
7. Coordinate and distribute benefit awards to eligible class members who timely submit claim forms
8. Coordinate and distribute secondary disbursement to eligible class members who received a 1st distribution
9. 1 year after secondary distribution, coordinate and distribute any remaining funds to cy pres organization

Cost Estimate

### PROJECT MANAGEMENT

Interaction with counsel, status reports, supervision of project team, resolution of issues, court report
*Estimated Months: 18*

|  |  |
|---|---:|
|  | $10,700 |

### CASE-SPECIFIC WEBSITE

Develop and host informational website with downloadable forms, and case information

|  |  |
|---|---:|
|  | $3,750 |

### CALL CENTER

Set up toll-free number and IVR menu, answer and document calls; monthly and per-minute charges
*Estimated Calls: 20*

|  |  |
|---|---:|
|  | $2,450 |

### DATABASE MANAGEMENT

| | |
|---|---:|
| Class list clean-up, research and update addresses via NCOA and skip-trace databases | $1,400 |
| Electronic Data Storage | $250 |
| Create project specific database; develop processing procedures for non-barcoded claim forms | $1,050 |
| Perform advanced address searches to obtain physical and email addresses (assumes 655) | $314 |
| Class identification at CDRC, LA County, and Riverside jails | $2,000 |
| | $5,014 |

### EMAIL NOTICE

Create list for email, finalize content, implement email notice

|  |  |
|---|---:|
|  | $750 |

### MAIL NOTICE

| | | | |
|---|---:|---:|---:|
| Format/quality review notice | | $700 | |
| Print and mail notice | | | |
| Estimated items mailed | 655 | | |
| Printing/Materials/Mailing Services | $0.60 | $393 | |
| Estimated Postage | $0.46 | $301 | |
| | | | $694 |
| Track undeliverables; remail forwards | | $250 | |
| Research undeliverables (skip-trace); remail | | $1,000 | |
| | | | $1,250 |
| Translation costs | | | At cost |
| | | | $2,644 |

*Continued on next page*

### PROCESS FORMS

| | | | | |
|---|---|---|---|---|
| Process mailed forms | Estimated forms received | 164 | | |
| | Cost per form | $6.95 | | |
| | | | $1,140 | |
| Validate forms; final review; identify and resolve issues; process opt outs | | | $1,400 | |
| | | | | $2,540 |

### DISTRIBUTE BENEFITS

| | | | | |
|---|---|---|---|---|
| Calculate, review, and implement individual benefits | | | $1,200 | |
| Verify tax IDs with IRS | | | $700 | |
| Establish QSF/Tax ID; account setup and management; reconciliation | | | $2,100 | |
| Create check language; design, format checks with 1099s; manage mailing | | | $1,400 | |
| Initial Distribution Printing and mailing costs | | | | |
| Estimated Items Mailed | 164 | | | |
| Printing/Materials/Mailing Services | $0.32 | $52 | | |
| Estimated Postage | $0.47 | $77 | | |
| Bank Processing | $0.20 | $33 | | |
| | | | $162 | |
| Research undeliverables (skip-trace); remail; reissue checks | | | $250 | |
| Second Distribution Printing and mailing costs (assumes 65% of claimants cash 1st check and receive a 2nd) | | | | |
| Estimated Items Mailed | 107 | | | |
| Printing/Materials/Mailing Services | $0.32 | $34 | | |
| Estimated Postage | $0.47 | $50 | | |
| Bank Processing | $0.20 | $21 | | |
| | | | $106 | |
| Research undeliverables (skip-trace); remail; reissue checks | | | $250 | |
| | | | | $6,168 |

| | |
|---|---|
| **Total** | **$34,016** |

🔒 PriceLock℠ | **$37,000*** |



*Confidential*
Jennifer Keough - CEO
(206) 919-5768
jennifer.keough@jndla.com

**Julia White | Kaye, McLane, Bednarksi & Litt | jwhite@kmbllaw.com**
*McKibben v. McMahon Settlement Administration*

■ **50% CLAIMS**

**Assumptions and Notes:**
1. Perform database analysis to create list of all damages class members (assumes 655)
2. Perform NCOA and lookup analysis to acquire updated mailing and email addresses of damages class members
3. Print and mail 10-page notice of settlement and 4-page claim form in both English and Spanish
4. Send E-Mail Notice to class members whose email was found (assumes 458)
5. Create and host informational website and IVR phone line
6. Process claim forms (assumes 50% response rate) and opt-outs
7. Coordinate and distribute benefit awards to eligible class members who timely submit claim forms
8. Coordinate and distribute secondary disbursement to eligible class members who received a 1st distribution
9. 1 year after secondary distribution, coordinate and distribute any remaining funds to cy pres organization

Cost Estimate

**PROJECT MANAGEMENT**

Interaction with counsel, status reports, supervision of project team, resolution of issues, court report
*Estimated Months: 18*

|  |  |
|---|---|
|  | $10,700 |

**CASE-SPECIFIC WEBSITE**

Develop and host informational website with downloadable forms, and case information

|  |  |
|---|---|
|  | $3,750 |

**CALL CENTER**

Set up toll-free number and IVR menu, answer and document calls; monthly and per-minute charges
*Estimated Calls: 20*

|  |  |
|---|---|
|  | $2,450 |

**DATABASE MANAGEMENT**

| | |
|---|---:|
| Class list clean-up, research and update addresses via NCOA and skip-trace databases | $1,400 |
| Electronic Data Storage | $250 |
| Create project specific database; develop processing procedures for non-barcoded claim forms | $1,050 |
| Perform advanced address searches to obtain physical and email addresses (assumes 655) | $314 |
| Class identification at CDRC, LA County, and Riverside jails | $2,000 |
| | $5,014 |

**EMAIL NOTICE**

Create list for email, finalize content, implement email notice

|  |  |
|---|---|
|  | $750 |

**MAIL NOTICE**

| | | | |
|---|---|---|---:|
| Format/quality review notice | | $700 | |
| Print and mail notice | | | |
|    Estimated items mailed | 655 | | |
|    Printing/Materials/Mailing Services | $0.60 | $393 | |
|    Estimated Postage | $0.46 | $301 | |
| | | | $694 |
| Track undeliverables; remail forwards | | $250 | |
| Research undeliverables (skip-trace); remail | | $1,000 | |
| | | | $1,250 |
| Translation costs | | At cost | |
| | | | $2,644 |

*Continued on next page*

## PROCESS FORMS

| | | |
|---|---|---|
| Process mailed forms | Estimated forms received | 328 |
| | Cost per form | $6.95 |
| | | $2,280 |
| Validate forms; final review; identify and resolve issues; process opt outs | | $1,400 |
| | | $3,680 |

## DISTRIBUTE BENEFITS

| | | | |
|---|---|---|---|
| Calculate, review, and implement individual benefits | | | $1,200 |
| Verify tax IDs with IRS | | | $700 |
| Establish QSF/Tax ID; account setup and management; reconciliation | | | $2,100 |
| Create check language; design, format checks with 1099s; manage mailing | | | $1,400 |
| Initial Distribution Printing and mailing costs | | | |
| Estimated Items Mailed | 328 | | |
| Printing/Materials/Mailing Services | $0.32 | $105 | |
| Estimated Postage | $0.47 | $154 | |
| Bank Processing | $0.20 | $66 | |
| | | | $325 |
| Research undeliverables (skip-trace); remail; reissue checks | | | $250 |
| Second Distribution Printing and mailing costs (assumes 65% of claimants cash 1st check and receive a 2nd) | | | |
| Estimated Items Mailed | 213 | | |
| Printing/Materials/Mailing Services | $0.32 | $68 | |
| Estimated Postage | $0.47 | $100 | |
| Bank Processing | $0.20 | $43 | |
| | | | $211 |
| Research undeliverables (skip-trace); remail; reissue checks | | | $250 |
| | | | $6,436 |
| **Total** | | | **$35,423** |

🔒 PriceLock℠     **$38,000***



*Confidential*
Jennifer Keough - CEO
(206) 919-5768
jennifer.keough@jndla.com

**Julia White | Kaye, McLane, Bednarksi & Litt | jwhite@kmbllaw.com**
*McKibben v. McMahon Settlement Administration*

#### ■ 75% CLAIMS

**Assumptions and Notes:**

1. Perform database analysis to create list of all damages class members (assumes 655)
2. Perform NCOA and lookup analysis to acquire updated mailing and email addresses of damages class members
3. Print and mail 10-page notice of settlement and 4-page claim form in both English and Spanish
4. Create and host informational website and IVR phone line
5. Process claim forms (assumes 75% response rate) and opt-outs
6. Coordinate and distribute benefit awards to eligible class members who timely submit claim forms
7. Coordinate and distribute secondary disbursement to eligible class members who received a 1st distribution
8. 1 year after secondary distribution, coordinate and distribute any remaining funds to cy pres organization

Cost Estimate

**PROJECT MANAGEMENT**

Interaction with counsel, status reports, supervision of project team, resolution of issues, court report
*Estimated Months: 18*

| | $10,700 |
|---|---|

**CASE-SPECIFIC WEBSITE**

Develop and host informational website with downloadable forms, and case information

| | $3,750 |
|---|---|

**CALL CENTER**

Set up toll-free number and IVR menu, answer and document calls; monthly and per-minute charges
*Estimated Calls: 20*

| | $2,450 |
|---|---|

**DATABASE MANAGEMENT**

| | | |
|---|---|---|
| Class list clean-up, research and update addresses via NCOA and skip-trace databases | $1,400 | |
| Electronic Data Storage | $250 | |
| Create project specific database; develop processing procedures for non-barcoded claim forms | $1,050 | |
| Perform advanced address searches to obtain physical and email addresses (assumes 655) | $314 | |
| Class identification at CDRC, LA County, and Riverside jails | $2,000 | |
| | | $5,014 |

**EMAIL NOTICE**

Create list for email, finalize content, implement email notice

| | $750 |
|---|---|

**MAIL NOTICE**

| | | | |
|---|---|---|---|
| Format/quality review notice | | $700 | |
| Print and mail notice | | | |
|     Estimated items mailed | 655 | | |
|     Printing/Materials/Mailing Services | $0.60 | $393 | |
|     Estimated Postage | $0.46 | $301 | |
| | | $694 | |
| Track undeliverables; remail forwards | | $250 | |
| Research undeliverables (skip-trace); remail | | $1,000 | |
| | | $1,250 | |
| Translation costs | | At cost | |
| | | | $2,644 |

*Continued on next page*

## PROCESS FORMS

| | | | |
|---|---|---|---|
| Process mailed forms | Estimated forms received | 492 | |
| | Cost per form | $6.95 | |
| | | $3,419 | |
| Validate forms; final review; identify and resolve issues; process opt outs | | $1,400 | |
| | | | $4,819 |

## DISTRIBUTE BENEFITS

| | | | |
|---|---|---|---|
| Calculate, review, and implement individual benefits | | | $1,200 |
| Verify tax IDs with IRS | | | $700 |
| Establish QSF/Tax ID; account setup and management; reconciliation | | | $2,100 |
| Create check language; design, format checks with 1099s; manage mailing | | | $1,400 |
| Initial Distribution Printing and mailing costs | | | |
| Estimated Items Mailed | 492 | | |
| Printing/Materials/Mailing Services | $0.32 | $157 | |
| Estimated Postage | $0.47 | $231 | |
| Bank Processing | $0.20 | $98 | |
| | | $487 | |
| Research undeliverables (skip-trace); remail; reissue checks | | $500 | |
| Second Distribution Printing and mailing costs (assumes 65% of claimants cash 1st check and receive a 2nd) | | | |
| Estimated Items Mailed | 320 | | |
| Printing/Materials/Mailing Services | $0.32 | $102 | |
| Estimated Postage | $0.47 | $150 | |
| Bank Processing | $0.20 | $64 | |
| | | $317 | |
| Research undeliverables (skip-trace); remail; reissue checks | | $500 | |
| | | | $7,204 |
| **Total** | | | **$37,331** |

🔒 PriceLock℠    | **$40,000*** |

16

**JND** | LEGAL
| ADMINISTRATION

All services to be provided by JND Legal Administration ("JND") are subject to the following terms and conditions:

1. SERVICES: JND agrees to perform all services necessary to complete the tasks outlined in the applicable proposal or other documents or per its understanding about the Client assignment.  Such Services do not in any way constitute legal services or advice.

2. PAYMENT: The Client agrees to pay JND for the Services as outlined in the Proposal or other agreement between the parties.  Client agrees and understands that fees charged by JND may include mark-ups, commissions, or other arrangements constituting potential profits to JND.  Client further agrees that the prices to be charged by JND were negotiated at arm's length and that total fees are estimates and that the actual amount charged may be greater or lesser than the estimated amounts.  JND reserves the right to increase its hourly rates annually.

3. EXPENSES:  JND shall also bill for all expenses reasonably incurred in connection with the Services.  These expenses include but are not limited to postage, FedEx, P.O. Box rental, travel, brokerage fees, accounting fees, electronic storage ($0.006 per image/record), and other items associated with the Services.  JND may receive rebates or credits from vendors in connection with volume of work performed for all of its Clients.  JND may also receive financial benefits from banks or other institutions based on settlement funds on deposit.  These credits/rebates/awards are solely the property of JND.

4. BILLING: JND shall invoice clients every 30 days and expect payment within thirty (30) days of receipt of invoices.  Payment for postage and printing is due in advance of mailing.

5. INDEPENDENT CONTRACTOR: JND is performing its Services as an Independent Contractor and neither it nor its employees shall be deemed to be employees of the Client.

6. CONFIDENTIALITY:  JND and the Client will each treat as confidential any documents shared by one party with the other.  JND does not convey to the Client any right in the programs, systems, or methodologies used or provided by JND in the performance of this assignment.

7. DATA PRIVACY: JND Is committed to taking all reasonable steps to ensure the security of all client and claimant data entrusted to our care.  We seek to protect confidential data in all of our engagements, including this one, regardless of the size of the matter or the amount of data at issue.  Please see JND's complete Privacy Policy at www.jndla.com/privacy-policy regarding data collection and use.

8. LIMITATION OF DAMAGES:  JND is not responsible to the Client for any special, consequential or incidental damages incurred by Client and any liability of JND to the Client shall not exceed the total amount billed to the Client for the particular Services that give rise to any loss.

9. FORCE MAJEURE: If any event out of the reasonable control of JND prevents JND's performance, such performance shall be excused.

10. NOTICE:  Any notice required in connection with the Services shall be in writing and sent by registered mail or overnight courier.  Such notice is deemed given if mailed five days after the date of deposit in the U.S. mail, or if sent by overnight courier, one business day after delivery to such courier.

11. GOVERNING LAW:  This contract will be governed by and construed by the laws of the State of Washington.

12. ASSIGNMENT:  This Agreement and the rights and obligations of JND and the Client shall inure to the benefit of their successors and assigns, if any.

13. TERMINATION: This Agreement may be terminated by the Client upon at least 30 days prior written notice to JND.  The Client's obligation to pay for services or projects in progress at the time of notice of withdrawal shall continue throughout the 30 day period.  JND may terminate this Agreement (i) with 10 days prior written notice if the Client is not current in payment of charges or (ii) in any event, upon at least three months prior written notice to the Client.  If Client terminates this Agreement, JND shall have no obligation to release any information or documentation related to the applicable matter until JND has been paid in full.

CONTACT INFORMATION



# CONTACT INFORMATION

JENNIFER KEOUGH

jennifer.keough@JNDLA.com

206.919.5768

In addition, you can reach us at info@JNDLA.com