**Exhibit C**

*McKibben v. McMahon*
P.O. Box ___
_____
_____

# CLASS ACTION CLAIM FORM

|||||||||||||||||||||||||| Claim #: _____
First Last (pre-print)
c/o (pre-print)
Address (pre-print)
City, ST Zip (pre-print)

Name/Address Changes (if any). Please enter below:

_____   _____
First Name                        Last Name

_____
Address

_____, _____   _____
City                                         State        Zip

Please provide the following personal identification information:

Email address: _____

(_) _____
Area Code    Daytime Telephone Number

(_) _____
Area Code    Evening Telephone Number

Last four digits of Social Security Number: _____

Date of Birth: _____ / _____ / _____
                         Month   Day      Year

Other names used beginning 2004: _____

I wish to make a claim against SBCSD because, between October 22, 2012, and March 31, 2018, I was an inmate at West Valley Detention Center and was housed in the Alternative Lifestyle Tank" (aka the "ALT"). Such inmates make up the Damages Class in this case. I understand this lawsuit addressed discrimination against Gay, Bisexual and Transgender inmates housed in the ALT, including discrimination in, out of cell activities, and discrimination in programming, education, work and other opportunities.

 I understand that, if I received this preprinted form in the mail, and it is confirmed that I am a member of the Damages Class, I am entitled to receive compensation based on a formula approved by the Court that takes into account the alleged severity of conditions challenged in the lawsuit, including (1) variations in conditions over time (with the most allegedly discriminatory and restrictive conditions occurring before October 2014); and, (2) variations in inmates' sentencing status, security classification, and work eligibility (with sentenced, work-eligible inmates allegedly experiencing the most discriminatory conditions).

I understand my entitlement to compensation will be determined exclusively by records of the San Bernardino County Sheriff's Department ("SBCSD"). I also understand that, if I downloaded a claim form from the website, or otherwise obtained a blank form, whether I am a class member and the amount I can receive will be determined from HACLA's electronic records.

I understand that the amount I may receive from this settlement may vary depending on the number and extent of claims filed, and that the settlement is explained more fully in the Class Notice mailed to class members and in documents posted on the Class Administrator's website.

You must mail this Claim Form with a postmark
**NO LATER THAN** _____, 2019,
in order to receive money from the class fund.
**ACT NOW**

If your Claim Form is not mailed with a postmark no later than _____, 2019, you will not be considered a member of the class even if you wish to be, but you still will be bound by the settlement and will not receive any money. **DO NOT DELAY**.

The information given in this Claim Form is private, and will be held in strictest confidence, except as needed by the Parties and Settlement Administrator. If you have any questions about this lawsuit, write to us at *McKibben v. McMahon* Settlement Administrator, P.O. Box _____, _____; contact us by e-mail at _____; or visit our web site at _____.

YES, I WISH TO MAKE A CLAIM.

By signing this form below, I am confirming that the above information is correct and that:

1. I am the person identified above and am over the age of 18.
2. I have not received money or compensation for any of the claims involved in this case.
3. I will abide by, and be limited to, the formula for damages approved by the Court.
4. I will keep the Settlement Administrator informed of my whereabouts at all times.

I declare under penalty of perjury that the information given above is true and correct.

Date: _____   Signature: _____
          (mm/dd/yyyy)