Barrett S. Litt, SBN 45527
E-Mail: blitt@kmbllaw.com
David S. McLane, SBN 124952
E-Mail: dmclane@kmbllaw.com
Lindsay Battles, SBN 262862
lbattles@kmbllaw.com
Kaye, McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: 626-844-7660
Facsimile: 626-844-7670

Melissa Goodman, SBN 289464
E-Mail: MGoodman@aclusocal.org
Brendan M. Hamme, SBN 285293
E-Mail: BHamme@aclusocal.org
Peter J. Eliasberg, SBN 189110
ACLU Foundation of Southern CA
1313 West 8th Street
Los Angeles, California 90017
Telephone: 213-977-9500
Facsimile: 213-977-5299

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN MCKIBBEN, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN MCMAHON, et al,<br><br>Defendants. | Case No.14-2171-JGB-SP<br><br>[Hon. Jesus G. Bernal]<br><br>**ORDER RE: SHORTENING TIME FOR HEARING ON UNOPPOSED: (1) MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND, (2) MOTION FOR CLASS CERTIFICATION** |

ORDER

Having considered and approved the parties' stipulation, and GOOD CAUSE having been shown, it is hereby ordered:

The hearing date for Plaintiffs' unopposed motion for preliminary approval of the settlement [81] and for motion for class certification [77] is shortened and the hearing will be held on September 10, 2018 at 9:00 a.m. in the above-entitled courtroom.

IT IS SO ORDERED.

DATED: August 21, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Submitted by:

By: /s/ David S. McLane
Attorneys for Plaintiffs

1