# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKIBBEN, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>JOHN MCMAHON, et al.,<br><br>        Defendants. | Case No. ED CV 14-2171-JGB-SP<br><br>[Hon. Jesus G. Bernal]<br><br>**ORDER RE EX PARTE APPLICATION FOR AN ORDER ALLOWING FOR LATE FILING OF MOTION FOR FINAL APPROVAL** |

Plaintiffs' Application for an Order Allowing for the Late filing of the Motion for Final Approval having come before this court, and no objection having been made, and good cause appearing therefore

IT IS HEREBY ORDERED

That Plaintiffs' Motion for Final Approval may be filed on January 18, 2019.

Dated: January 18, 2019

_____
Jesus G. Bernal, Judge
United States District Judge