1  BARRETT S. LITT, SBN 45527
   blitt@kmbllaw.com
2  DAVID S. McLANE, SBN 124952
3  dmclane@kmbllaw.com
   LINDSAY BATTLES, SBN 262282
4  lbattles@kmbllaw.com
   KAYE, MCLANE, BEDNARSKI & LITT
5  975 East Green Street
   Pasadena, California 91106
6  Telephone: (626) 844-7600
7  Facsimile: (626) 844-7670

8  MELISSA GOODMAN, SBN 289464
   MGoodman@aclusocal.org
9  BRENDAN M. HAMME, SBN 285293
10 BHamme@aclusocal.org
   PETER J. ELIASBERG, SBN 189110
11 PEliasberg@aclusocal.org
   AMANDA C. GOAD, SBN 297131
12 AGoad@aclusocal.org
13 ADITI FRUITWALA, SBN 300362
   AFruitwala@aclusocal.org
14 ACLU FOUNDATION OF SOUTHERN CA
   1313 West 8th Street
15 Los Angeles, California 90017
   Telephone: (213) 977-9500
16 Facsimile: (213) 977-5299

17 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKIBBEN, et al., <br><br> Plaintiffs, <br> vs. <br><br> JOHN MCMAHON, et al., <br><br> Defendants | Case No.14-2171-JGB-SP <br><br> [Hon. Jesus G. Bernal] <br><br> **FURTHER NOTIFICATION OF ADDITIONAL LATE CLAIM AND REQUEST FOR REVISIONS TO THE FINAL APPROVAL ORDER** <br><br> Date:   February 11, 2018 <br> Time:   9:00 A.M. <br> Place:  Courtroom 1 |

Mr. Joe Raymond Fierro is a verified class member who, due to no fault of his, has never received a claim form. He has learned of the class settlement and has requested a claim form, which the Class Administrator has now sent to him. It is requested that the Final Approval Order deem Joe Raymond Fierro to have filed a timely claim.

As noted in our previous Notice of Late Claims, Plaintiffs are not currently submitting a revised proposed Final Approval Order at this time. If, at the February 11 hearing, the Court approves these proposed provisions to the Final Approval Order, and the Court intends to enter a version of the Final Approval Order Plaintiffs submitted, Plaintiffs will submit a final version of the proposed Final Approval Order.

Dated: February 7, 2019

Respectfully submitted,

Kaye, McLane, Bednarski & Litt, LLP
The ACLU of Southern California

By: _____
Barrett S. Litt
Attorneys for Plaintiffs

1