BARRETT S. LITT, SBN 45527
blitt@kmbllaw.com
DAVID S. McLANE, SBN 124952
dmclane@kmbllaw.com
LINDSAY BATTLES, SBN 262282
lbattles@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7600
Facsimile: (626) 844-7670

MELISSA GOODMAN, SBN 289464
MGoodman@aclusocal.org
BRENDAN M. HAMME, SBN 285293
BHamme@aclusocal.org
PETER J. ELIASBERG, SBN 189110
PEliasberg@aclusocal.org
AMANDA C. GOAD, SBN 297131
AGoad@aclusocal.org
ADITI FRUITWALA, SBN 300362
AFruitwala@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAN MCKIBBEN, et al.,

   Plaintiffs,

vs.

JOHN MCMAHON, et al.,

   Defendants

Case No.14-2171-JGB-SP
[Hon. Jesus G. Bernal]

**UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF ADDITIONAL LATE CLAIM AND REQUEST FOR REVISIONS TO THE FINAL APPROVAL ORDER, OR ALTERNATIVELY, ISSUANCE OF THE PROPOSED ORDER**

**[Filed with [proposed] order].**

Mr. Damian Rohan Pate Liggins is a verified class member who, due to no fault of his own, has never received a claim form. He has learned of the class settlement and has requested a claim form, which has now been sent to him. It is requested that either the Court add his name to the Final Approval Order and deem Damian Rohan Pate Liggins to have filed a timely claim, or sign this Order and deem Mr. Liggins to have timely filed a claim. Nathan Oyster, counsel for Defendants', has no objection to this ex parte application.

This ex parte application is based on the declaration of David S. McLane, and the proposed order filed concurrently herewith.

Dated: February 14, 2019          Respectfully submitted,

                                   Kaye, McLane, Bednarski & Litt, LLP
                                   The ACLU of Southern California


                                   By:_/s/  David S. McLane_____
                                        David S. McLane
                                        Attorney for Plaintiffs

1

## <u>DECLARATION OF DAVID S. McLANE</u>

I, David S. McLane, hereby state and declare as follows:

1. I am an attorney for the Plaintiffs in the above-referenced matter, and I submit this declaration requesting that Damian Rohan Pate Liggins late claim be approved, and either the Final Order be amended to include his claim, or the Court executes the proposed order filed concurrently herewith.

2. Damien Rohan Pate Liggins was on the class list administered by JND Class Action Administration.  The claim form was sent by JND to Mr. Liggins, but it was returned to JND as undeliverable.

3. Mr. Liggins called me on February 13, 2019, and indicated that he wanted to be part of the class action, and never received a claim form. He said he called on January 19, 2019, when he found out about the settlement, and indicated that he wanted to file a claim.  I told him I would see what I could do, and I contacted JND, and they indicated that he was part of the class list, and had been sent a claims form, but it was returned undeliverable.  Through no fault of Mr. Liggins, he was not able to timely file a claim.

4. On February 14, 2019, we emailed Mr. Liggins a claim form, and indicated that he should fill it out asap and send back to us.

5. Mr. Liggins is in the same position as the other late claimants who this Court approved, and we request that his late claim he is submitting be approved.  I am filing this ex parte now before the Court issues its final order.

6. I would request that the court either approve his late claim as part of the final order, or sign the order filed concurrently herewith.

7.  I spoke to Nate Oyster, counsel for the defendants, on February 14, 2019, and he has no opposition to this application.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Dated:  February 14, 2019                    By__/S/DAVID S. McLANE_____
                                             DAVID S. McLANE