BARRETT S. LITT, SBN 45527
blitt@kmbllaw.com
DAVID S. McLANE, SBN 124952
dmclane@kmbllaw.com
LINDSAY BATTLES, SBN 262282
lbattles@kmbllaw.com
KAYE, McLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7600
Facsimile: (626) 844-7670

MELISSA GOODMAN, SBN 289464
MGoodman@aclusocal.org
BRENDAN M. HAMME, SBN 285293
BHamme@aclusocal.org
PETER J. ELIASBERG, SBN 189110
PEliasberg@aclusocal.org
AMANDA C. GOAD, SBN 297131
AGoad@aclusocal.org
ADITI FRUITWALA, SBN 300362
AFruitwala@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MCKIBBEN, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>JOHN MCMAHON, et al.,<br><br>    Defendants | Case No.14-2171-JGB-SP<br><br>[Hon. Jesus G. Bernal]<br><br>**[PROPOSED] ORDER RE: FILING OF LATE CLAIM BY DAMIAN LIGGINS**<br><br>**[Filed concurrently with unopposed ex parte application].** |

GOOD CAUSE APPEARING THEREFORE, based on Plaintiffs' unopposed Ex Parte Application for the late filing of the claim of Damian Rohan Pate Liggins, and no objections having been raised, the application is therefore GRANTED.

IT IS HEREBY ORDERED that Damian Rohan Pate Liggins be deemed to have filed a timely claim.

Dated: February ____, 2019

_____
Jesus G. Bernal, Judge
United States District Court

Prepared by:

*/S/DAVID S. McLANE*
Counsel for Plaintiffs

1