1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAN MCKIBBEN, *et al.*,                  Case No.  5:14-cv-02171-JGB-SP

12                                            **ORDER APPROVING**
                                             **ADDITIONAL CLASS NOTICE**
13                Plaintiffs,                 **AND AMENDED SETTLEMENT**

14   vs.                                      [Filed concurrently with Stipulation
                                             For An Order Approving Additional
15                                            Class Notice and Amended
                                             Settlement]
16   JOHN MCMAHON, *et al.*,

17                                            Judge:   Hon. Jesus G. Bernal

18                Defendants.

19

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

BURKE, WILLIAMS &
SORENSEN, LLP        LA #4829-7170-1910 v1              - 1 -
ATTORNEYS AT LAW
LOS ANGELES

1    Having reviewed the parties' Stipulation and finding good cause therefor, IT

2  IS HEREBY ORDERED that:

3    1.    The Court grants preliminary approval of the modified settlement

4  terms as outlined in paragraph 3 of the parties' Stipulation.

5    2.    The settlement payment date of May 7, 2019 is stayed pending

6  resolution of the issues raised by this stipulation.

7    3.    By May 13, 2019, the parties shall provide the Court with both a

8  proposed notice to the supplemental class members and a proposed notice to the

9  existing claimants.

10    4.    By May 13, 2019, the parties shall provide the supplemental class list

11  to the class administrator, JND.

12    5.    By May 13, 2019, the parties shall prepare correspondence to be

13  posted on the class website advising the initial class members of the change in case

14  status and the delay in distributing the class proceeds.  The order associated with

15  this notice will also be so posted.

16    6.    Notice shall be mailed to the supplemental class members and to the

17  existing claimants no later than May 20, 2019.

18    7.    The final day for supplemental class members or existing claimants to

19  object to any portion of the settlement agreement shall be July 19, 2019.

20    8.    The final day for supplemental class members or existing claimants to

21  opt out of the settlement shall be July 19, 2019.

22    9.    The final day for supplemental class members to file claims shall be

23  July 19, 2019.

24    10.    The deadlines for the parties' to reply to any opposition to the

25  settlement agreement filed by an existing or supplemental class member shall be

26  July 29, 2019.

27    11.    The Amended [Proposed] Final Approval Order shall be filed with the

28  Court by July 29, 2019.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO.  5:14-CV-02171-JGB-SP
ORDER APPROVING
ADDITIONAL CLASS NOTICE

12.     The final approval hearing for the supplemental class members shall be held on August 12, 2019 at 9:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, which is located at 3470 12th Street, Riverside, California 92501.  If there are no objections to the settlement, the hearing shall be vacated.

13.     The effective date of the settlement for purposes of payments by the County shall be ten days after the date upon which a judgment entered by the Court approving the Settlement Agreement becomes final.  The Judgment will be deemed final only upon expiration of the time for a Damages Class member who files an objection to file a notice of appeal (30 days after entry of judgment) or, if a Notice of Appeal is filed by an objector, upon exhaustion of all appeals and petitions for writs of certiorari.  If no Damages Class member files an objection, then the Judgment shall become final as of the entry of the Final Approval Order.

IT IS SO ORDERED.


Dated:  May 10, 2019

Hon. Jesus G. Bernal
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

CASE NO.  5:14-CV-02171-JGB-SP
ORDER APPROVING
ADDITIONAL CLASS NOTICE