1  Susan E. Coleman (SBN 171832)
   E-mail: scoleman@bwslaw.com
2  Nathan A. Oyster (SBN 225307)
   E-mail: noyster@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600      Fax: 213.236.2700
5
   Attorneys for Defendants
6  SHERIFF JOHN MCMAHON, GREG
   GARLAND, JEFF ROSE, SERGEANT JAMES
7  MAHAN, A. CASTILLO, and COUNTY OF SAN
   BERNARDINO (also sued herein as SAN
8  BERNARDINO COUNTY SHERIFF'S
   DEPARTMENT)
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  DAN MCKIBBEN, et al.,                  | Case No. 5:14-cv-02171-JGB-SP

14                                         | **STIPULATION FOR FINAL**
                    Plaintiffs,            | **APPROVAL ORDER OF**
15                                         | **AMENDED CLASS ACTION**
                                           | **SETTLEMENT**
16  v.                                     |
                                           | [Filed concurrently with [Proposed]
17                                         | Order re Amended Final Approval]
18  JOHN MCMAHON, et al.,                  | Judge: Hon. Jesus G. Bernal
19
20                  Defendants.
21

22

23  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

24       Plaintiffs DAN MCKIBBEN, PEDRO GUZMAN, NICK OU, SEAN LINT,

25  ANTHONY OLIVER, TIMOTHY WALKER, ILICH VARGAS, WILLIAM

26  KENNEDY, JONATHAN ROBERTSON, STEVE aka LYNN PRICE, BRYAN

27  BAGWELL, CHRISTOPHER CRAWFORD, FREDERICK CROCKAN,

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-1046-4926 v1            - 1 -      CASE NO. 5:14-CV-02171-JGB-SP
                                            STIPULATION FOR AN ORDER RE AMENDED FINAL
                                            APPROVAL

TAHEASH WHITE, MICHAEL aka MADISON HATFIELD, and KEVIN aka
VERONICA PRATT (hereinafter "Plaintiffs") and Defendants SHERIFF JOHN
MCMAHON, GREG GARLAND, JEFF ROSE, SERGEANT JAMES MAHAN,
A. CASTILLO, and COUNTY OF SAN BERNARDINO (hereinafter
"Defendants"), hereby stipulate, through their respective counsel of record, to the
following:

1.     On March 4, 2019, this Court entered Judgment, granting final
approval of the class action settlement in this matter [Docket No. 102].

2.     On May 10, 2019, this Court entered an Order allowing for additional
class notice and providing preliminary approval of an amended class settlement
[Docket No. 124].

3.     The amended class settlement was necessitated by the discovery of
406 bookings that were within the class definition that were omitted from the initial
class list provided by Defendants to Plaintiffs and the class administrator.  The
supplemental class list resulted in a total of 274 supplemental class members
[Docket No. 121 at ¶ 2.]

4.     The amended class settlement provided for notice to be provided to the
187 existing class claimants "advising them of the stay in the settlement payment
date, the increase in total class members, the net increase in the class damages pool,
and of the existing claimants' renewed right to opt out of the class action settlement
or object to the settlement."  [Docket No. 121 at ¶ 3(f).]

5.     The amended class settlement provided for notice to be provided to the
274 supplemental class members "in a manner that is consistent with the notice
provided to the initial class members, advising of the settlement and their right to
make a claim, and their right to opt out of the class action settlement or object to the
settlement."  [Docket No. 121 at ¶ 3(g)].

6.     The final day for existing class claimants or supplemental class
members to opt out of the amended class action settlement was July 19, 2019

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-1046-4926 v1

CASE NO. 5:14-CV-02171-JGB-SP
STIPULATION FOR AN ORDER RE AMENDED FINAL
APPROVAL

[Docket No. 124 at ¶ 10].

7.    The class administrator, JND, has advised counsel for the parties that notice was provided to the 187 class claimants that existed as of May 10, 2019. None of those 187 existing class claimants opted out of the amended settlement, and none of those 187 existing class claimants submitted objections to the amended settlement.

8.    The class administrator, JND, has advised counsel for the parties that notice was provided to the 274 supplemental class members.  None of the 274 supplemental class members opted out of the amended settlement, and none of the 274 supplemental class members submitted objections to the amended settlement. A total of 34 claims from the supplemental class members have been approved by the class administrator.

9.    As there were no objections to the amended class action settlement, the parties request that the Court enter an Order providing final approval of the class action settlement, with the terms of the original Judgment [Docket No. 102] modified to the limited extent necessary to incorporate the terms of the amended settlement [Docket No. 121].  Specifically, the parties request an Order that:

a.    The amended settlement terms incorporate the 274 supplemental class members into the settlement of the class action as follows.

b.    The County (rather than the Class Fund) will pay JND for the cost of class administration that was incurred prior to the amended settlement, which amounted to $40,000 [Docket No. 121 at ¶ 3(a)].

c.    The County will pay JND for the costs associated with administering the supplemental class and providing additional notice to the existing claimants [Docket No. 121 at ¶ 3(b)].

d.    The County will reimburse Plaintiffs' counsel for $36,304.39 associated with the costs of mediation, a jail consultant, and a statistics consultant (rather than this amount being paid by the Class Fund) [Docket No. 121 at ¶ 3(c)].

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-1046-4926 v1                - 3 -                CASE NO. 5:14-CV-02171-JGB-SP
STIPULATION FOR AN ORDER RE AMENDED FINAL
APPROVAL

e.      The final approval hearing for the amended settlement, which had been scheduled for August 12, 2019 at 9:00 a.m., is to be vacated because there were no objections to the settlement.

f.      The effective date of the settlement for purposes of payment by the County shall be ten days after the date upon which a judgment by the Court approving the amended settlement becomes final.  Because there were no objections to the amended settlement, the judgment shall become final as of the entry of the Final Approval Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-1046-4926 v1

- 4 -

CASE NO. 5:14-CV-02171-JGB-SP
STIPULATION FOR AN ORDER RE AMENDED FINAL APPROVAL

1

2    Dated:  July 29, 2019

3

4

5

6

7

8

9

10

11

12

13

14

15    Dated:  July 29, 2019

16

17

18

19

20

21

22

23

24

25

26

27

28

KAYE, MCLANE, BEDNARSKI & LITT LLP

AMERICAN CIVIL LIBERTIES UNION OF
SOUTHERN CALIFORNIA

By: */s/ Barry S. Litt*
        Barrett S. Litt
        David McLane
        Lindsay Battles

Attorneys for Plaintiffs
DAN MCKIBBEN, PEDRO GUZMAN, NICK
OU, SEAN LINT, ANTHONY OLIVER,
TIMOTHY WALKER, ILICH VARGAS,
WILLIAM KENNEDY, JONATHAN
ROBERTSON, STEVE aka LYNN PRICE,
BRYAN BAGWELL, CHRISTOPHER
CRAWFORD, FREDERICK CROCKAN,
TAHEASH WHITE, MICHAEL aka
MADISON HATFIELD, and KEVIN aka
VERONICA PRATT

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nathan A. Oyster[1]*
        Nathan A. Oyster

Attorneys for Defendants
SHERIFF JOHN MCMAHON, GREG
GARLAND, JEFF ROSE, SERGEANT
JAMES MAHAN, A. CASTILLO, AND
COUNTY OF SAN BERNARDINO (Also
sued herein as SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT)

---

[1]  As the filer of this Stipulation, I attest that Barry S. Litt concurs in the content of the Stipulation and has authorized its filing

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-1046-4926 v1          - 5 -          CASE NO.  5:14-CV-02171-JGB-SP
STIPULATION FOR AN ORDER RE AMENDED FINAL
APPROVAL